# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RYAN P. GIVEY** | : | **CIVIL ACTION** |
| *Petitioner, pro se* | : | |
| | : | **NO. 22-0298** |
| **v.** | : | |
| | : | |
| **DEPARTMENT OF JUSTICE,** | : | |
| **EASTERN DISTRICT OF** | : | |
| **PENNSYLVANIA,** *et al.* | : | |
| *Respondents* | : | |

## ORDER

**AND NOW**, this 14th day of July 2023, upon consideration of Respondent Jennifer Arbittier Williams' ("Williams") *motion to dismiss*, [ECF 21], Petitioner Ryan P. Givey's ("Petitioner") response in opposition, [ECF 22], Williams' reply, [ECF 24], Petitioner's sur-reply, [ECF 27], and the allegations in the petition for a writ of *mandamus* (the "Petition"), [ECF 1], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Williams' motion to dismiss is **GRANTED**. Accordingly, the Petition is **DISMISSED**, in its entirety, pursuant to Federal Rule of Civil Procedure 12(b)(1), for lack of subject-matter jurisdiction.

                                   **BY THE COURT:**

                                   */s/ Nitza I. Quiñones Alejandro*
                                   **NITZA I. QUIÑONES ALEJANDRO**
                                   *Judge, United States District Court*